387 A.2d 112

Commonwealth v. Wolf, Appellant.

Argued December 8, 1977. Keith L. Kilgore, with him Spitler, Rowe and Kilgore, for appellant; David J. Brightbill, Assistant District Attorney, with him George E. Christianson, District Attorney, for Commonwealth, appellee.

Order affirmed.

387 A.2d 112

Commonwealth ex rel. Coxe, Appellant, v. Coxe.

Argued December 9, 1977. Stephen P. McGuire, with him V. Clayton McQuiddy, III, for appellant; W. Robert Landis, for appellee.

Order affirmed.